# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                                )
                                      )
        Elaine Harris,                )        Bankruptcy No.   11 B 45329
                                      )
        Debtor(s)                     )
                                      )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for

status hearing on __July 25, 2013 at 10:30 a.m.__ in courtroom 682 of

the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The Chapter 7 Trustee, David P. Leibowitz, is to appear and provide a status at

that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date: JUN 0 4 2013

In re: Elaine Harris
Bankruptcy No. 11 B 45329

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013 , I caused to be served copies

of the foregoing ORDER to the following by electronic service through the Court's

CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
David P Leibowitz
dleibowitz@lakelaw.com


*Debtor's Attorney*
Tom Makedonski
info@teamlegalchicago.com


*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov


### Served through First Class Mail

*Debtor*(s)
Elaine Harris
2718 Woodworth Place
Hazel Crest, IL 60429